1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| TERRY OVERSTREET, | ) | 1:02cv5518 DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DISREGARDING |
| | ) | PETITION FOR FEES |
| v. | ) | |
| | ) | (Document 15) |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

9
10
11
12
13
14
15
16

17       Petitioner Robert D. Christenson ("Counsel"), counsel for Plaintiff Terry Overstreet, filed

18   the instant petition for fees on May 24, 2006.  However, the motion should have been filed in

19   Plaintiff's other action, 1:03cv6259 LJO.  Counsel has corrected this error and the instant petition

20   is therefore DISREGARDED.

21
22       IT IS SO ORDERED.

23    **Dated:    September 15, 2006**                    **/s/ Dennis L. Beck**
     3b142a                                        UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1